UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON HERNANDEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>                              Defendant. | Case No.:  21cv225-NLS<br><br>**ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

Pending before the Court are Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment.  ECF Nos. 13, 14.  After a review of the briefing, the Court now **ORDERS** the parties to engage in good-faith settlement discussions by **March 17, 2023**, aiming to resolve the issue of whether the case should be remanded and if so, on what terms.  The parties may meet and confer by videoconference or telephone.

//

//

//

//

1 | By **March 23, 2023**, the parties shall file a joint status report to the Court to advise on the
2 | result of those discussions and whether they were able to resolve the matter.
3 |   **IT IS SO ORDERED.**
4 | Dated:  March 8, 2023

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge