UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 21-CV-225-SBC<br><br>**ORDER ON PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT OF THE COURT** |

Before the Court is Ramon Hernandez's ("Plaintiff") Motion to Alter or Amend the Judgment of the Court ("Motion"). (Doc. No. 24.) Plaintiff moves the Court to vacate "the judgment and order entered on December 8, 2023," and retain jurisdiction over the case on remand. (Doc. No. 22.) Plaintiff explains the Court's December 8, 2023, Order constituted an order for a sentence six remand under Title 42 U.S.C. section 405(g) ("sentence six"), which requires the Court to vacate the judgment entered on December 8, 2023, until the administrative proceedings on remand are completed. *See Akopyan v. Barnhart*, 296 F.3d 852, 855 (9th Cir. 2002) (commenting "Unlike sentence four remands, sentence six remands do not constitute final judgments. Rather, "[i]n sentence six cases, the filing period does not begin until after the post-remand proceedings are completed, the Commissioner

returns to court, the court enters a final judgment, and the appeal period runs") (citing *Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991).).

The Court concluded its December 8, 2023, Order as follows: "For the foregoing reasons, the Court GRANTS Plaintiff's Motion for Summary Judgment and DENIES Defendant's Cross-Motion for Summary Judgment. This case is REMANDED for further administrative proceedings consistent with this Order." (ECF No. 22.) Thus, the Court's Order did not call for the entry of judgment or the closure of this case. Nonetheless, the Court is mindful that the same-day issuance of the Clerk of Court's Judgment in a Civil Case ("Judgment") stated that the "Case is closed." (ECF No. 23.) Given that the case has been remanded for further administrative proceedings pursuant to sentence six, the Court VACATES the December 8, 2023, Judgment entered following the Court's December 8, 2023, Order for a sentence six remand. The case shall remain administratively closed, but the Court shall retain jurisdiction over the Action until the completion of the remanded administrative proceedings.

**IT IS SO ORDERED.**

Dated: January 11, 2024

Hon. Steve B. Chu
United States Magistrate Judge