UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON H.,<br><br>              Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No.: 21-cv-0225-SBC<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 19 U.S.C. § 1920**<br><br>**[ECF NO. 29]** |

  Presently before the Court is the parties' second joint motion for the award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") and costs pursuant to 28 U.S.C. § 1920. (ECF No. 29.)

  Under the EAJA, the prevailing party must file an application for fees, expenses, and costs within thirty days of a final judgment. 28 U.S.C. § 2412(d)(1)(B). The thirty-day filing period does not begin to run until after the sixty-day appeal period in Fed. R. Civ. P. 4(a) has lapsed, "even when the Commissioner of Social Security Administration, following a sentence-six remand, has awarded benefits to a claimant who then obtains a judgment to which the Commissioner consents in the district court." *Hoa Hong Van v. Barnhart*, 483 F.3d 600, 612 (9th Cir. 2007) (citing *Melkonyan v. Sullivan*, 501 U.S. 89,

102 (1991) and *Shalala v. Schaefer*, 509 U.S. 292 (1993)); *see also Krebs v. Berryhill*, Case No. 16-CV-3096 JLS (BGS), 2018 WL 2086151, at *2 (S.D. Cal. May 4, 2018).

The judgment in this case was entered on April 23, 2025. (ECF No. 31.) The appeal period ends June 23, 2025. Thus, a motion for attorney's fees, expenses, and costs under the EAJA is not timely until June 23, 2025.

Accordingly, the parties' joint motion is **DENIED WITHOUT PREJUDICE**. The parties may re-file a joint motion in accordance with 28 U.S.C. § 2412 and the other authorities set forth in this order at the appropriate time.

**IT IS SO ORDERED.**

Dated: April 23, 2025

Hon. Steve B. Chu
United States Magistrate Judge